IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY ANTHONY STEVENS,

    Plaintiff,                        No. CIV S-09-1502 JAM DAD PS

    vs.

HUHTAMAKI,                              ORDER

    Defendant.

/

        By order filed June 15, 2009, the Clerk was directed to send plaintiff a summons and other documents, and plaintiff was ordered to forward the completed documents to the United States Marshal for service of process on the defendant. Defendant Huhtamaki Packaging Company, sued as Huhtamaki, has filed an answer to plaintiff's complaint.

        Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

        1. A Status (Pretrial Scheduling) Conference is set for **Friday, October 2, 2009, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

        2. Each party shall appear at the Status Conference by counsel or, if proceeding _in propria persona_, on the party's own behalf. Parties may appear in person or telephonically. To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the

1  undersigned magistrate judge, at (916) 930-4128 no later than 48 hours before the Status (Pretrial

2  Scheduling) Conference.

3     3.  Plaintiff shall file and serve a status report on or before **September 18, 2009**,

4  and defendant shall file and serve a status report on or before **September 25, 2009**.  Each status

5  report shall address all of the following matters:

6     a. Progress of service of process;

7     b. Possible joinder of additional parties;

8     c. Any expected or desired amendment of the pleadings;

9

10     d. Jurisdiction and venue;

11     e. Anticipated motions and the scheduling thereof;

12     f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

13     g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law
14  and motion, and the scheduling of a final pretrial conference and trial;

15

16     h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

17

18     i. Whether the case is related to any other case, including matters in bankruptcy;

19     j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement
20  judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a
21  Settlement Conference before another judge;

22     k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

23

24     l. Any other matters that may aid in the just and expeditious disposition of this action.

25     6.  The pro se plaintiff is cautioned that failure to file a timely status report or

26  failure to appear at the status conference either in person or telephonically may result in a

1  recommendation that this case be dismissed for lack of prosecution and as a sanction for failure
2  to comply with court orders and applicable rules.  See Local Rules 11-110 and 83-183.
3  DATED: July 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\stevens1502.ossc