IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY ANTHONY STEVENS,

     Plaintiff,                               No. 2:09-cv-01502 JAM KJN PS

    v.

HUHTAMAKI,

     Defendant.                             <u>ORDER</u>

_____/

        Presently before the court is plaintiff's motion to extend the July 2, 2010 discovery completion deadline (Dkt. No. 19), which is set forth in the court's Status (Pretrial Scheduling) Order (Dkt. No. 17 at 3.) Plaintiff seeks an extension of this deadline by 20 days, to July 22, 2010.

        The court construes plaintiff's motion as an ex parte application to extend the discovery completion date and sets the following briefing schedule. Defendant shall file a written opposition or statement of non-opposition to plaintiff's application on or before Tuesday,

////

////

////

////

1

1 July 13, 2010. No hearing will be set on plaintiff's application at this time.

2       IT IS SO ORDERED.

3 DATED: July 8, 2010

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE